```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
TERRENCE REYNOLDS,                                                 :
                Plaintiff(s),                 :
:          22-CV-1910 (VEC)
     -against-                                                   :
:                 ORDER
:
THE CITY OF NEW YORK,                                              :
                Defendant(s).                 :
:
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on April 29, 2022, Defendant filed a motion to dismiss the complaint, Dkt. 8.

       IT IS HEREBY ORDERED that any response in opposition to the motion is due no later than **Friday, May 20, 2022** and any reply in support is due no later than **Friday, June 3, 2022**. The Court reminds Plaintiff that in lieu of responding to the motion to dismiss, Plaintiff may file an amended complaint in line with Rule 4(E)(i) of the undersigned's Individual Practices in Civil Cases.

**SO ORDERED.**

**Date:  April 29, 2022**
       **New York, NY**
                                                     _____
                                             **VALERIE CAPRONI**
                                             **United States District Judge**