```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TERRENCE REYNOLDS,

                Plaintiff(s),

          -against-

THE CITY OF NEW YORK,

                Defendant(s).
-----------------------------------------------------------------X

22-CV-1910 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS on April 29, 2022, Defendant filed a motion to dismiss the complaint, Dkt. 8.

       WHEREAS on May 20, 2022, Plaintiff filed an amended complaint in lieu of responding in opposition to the motion to dismiss, Dkt. 15; and

       WHEREAS pursuant to Rule 4(E)(i) of the undersigned's Individual Practices in Civil Cases, if a Plaintiff elects to amend its pleading in response to a motion to dismiss, the Court will deny the motion to dismiss as moot.

       IT IS HEREBY ORDERED that Defendants' motion to dismiss is DENIED as moot.

       The Clerk of Court is respectfully directed to close the open motion at docket entry 8.

**SO ORDERED.**

Date: May 23, 2022
      New York, NY

                                         **VALERIE CAPRONI**
                                         **United States District Judge**