**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TERRANCE REYNOLDS,

                Plaintiff,

-against-                     22 **CIVIL** 1910 (VEC)

**JUDGMENT**

THE CITY OF NEW YORK,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 19, 2022, Defendant's motion to dismiss is GRANTED, and the Amended Complaint is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
          December 20, 2022

                                                **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                    BY:       K. Mango

                                                      **Deputy Clerk**